IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Stonebridge Life Insurance Company, ) | Civil Action No. |
| ) | 4:15-cv-00538-RBH |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| Charlotte C. Greene, as the duly ) appointed Personal Representative of the ) Estate of Samuel Green, Jr., and Stacey ) Verner, ) | |
| ) | |
| Defendants. ) | |

The Court having been advised by counsel for the Defendant Charlotte C. Greene, and the Co-Defendant, Stacey Verner, that the above action has been settled, it is therefore

**ORDERED** that the Clerk mail or otherwise deliver the balance of the funds heretofore deposited with this court to W. B. McCollough, Esquire, counsel for Charlotte C. Greene, to be disbursed by him as set forth in the status report, *See* [ECF No. 31], and Attorney Barr's email, which indicates her consent to the disbursal of funds to Attorney McCollough. *See* [ECF No. 35]. The Clerk's Office shall make the check payable to: Charlotte C. Greene, as Personal Representative of the Estate of Samuel Green, Jr., Stacey Verner, William Bennett McCollough, Esq., Kimberly V. Barr, Esq., and Doward K. Harvin, Esq.

**IT IS SO ORDERED!**

February 3, 2017
Florence, South Carolina

R. Bryan Harwell
United States District Judge